IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRION WILLIAMS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-5752

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed February 7, 2017.

An appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

Melissa J. Ford of the Office of Criminal Conflict and Civil Regional Counsel Region One, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael L. Schaub, Assistant Attorney General, for Appellee.

PER CURIAM.

     AFFIRMED.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.